IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **JORGE GOMEZ,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Case No. 25-cv-15738 |
| | ) | |
| **ABM INDUSTRY GROUPS, LLC,** | ) | **JURY DEMAND** |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF REMOVAL

Defendant, ABM Industry Groups, LLC, by and through its attorneys of Amundsen Davis, LLC, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby submits its Notice of Removal of this case from the Circuit Court of Cook County, Illinois, Law Division, to the United States District Court for the Northern District of Illinois, Eastern Division. In support of this Notice of Removal, Defendant ABM Industry Groups, LLC states as follows:

1. On September 29, 2025, Plaintiff, Jorge Gomez initiated this action in the Circuit Court of Cook County, Illinois, Law Division, by filing a Complaint captioned *Gomez v. ABM Industries, Inc.*[1], under the Case Number 2025 L 012116 (the "State Court Action"), attached hereto as **Exhibit A**.

2. Defendant was not properly served with summons or a copy of Plaintiffs' Complaint at that time, nor anytime thereafter. Despite request to accept service via waiver made to Plaintiff's counsel, Defendant's counsel was not able to accept service until the December 1, 2025 Scheduling Conference set by the Court. *See* the Court's December 1, 2025 Order, attached hereto as **Exhibit B**.

---

[1] Plaintiff identified an improper Defendant. The proper Defendant entity who Plaintiff was employed by is ABM Industry Groups, LLC.

1

3.  This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b)(1), as it has been filed within thirty (30) days of the date Defendant accepted service of the Summons and copy of the Complaint. *See* 28 U.S.C. § 1446(b)(1); *see also Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999) (the time for filing a notice of removal begins after a party has been formally served with the summons and complaint as required by state law).

4.  Pursuant to 28 U.S.C. § 1446(a), all process, pleadings, and orders that have been filed and served in the State Court Action are attached hereto as **Group Exhibit C**.

5.  Venue is proper in the Northern District of Illinois located in Chicago, Illinois because the State Court Action is pending within the jurisdictional confines of this Court. 28 U.S.C. §§ 1441(a) and 1446(a).

6.  Plaintiff's claims arise from his employment with Defendant. Specifically, by way of his Complaint, Plaintiff has alleged that on or about January 4, 2024, Defendant failed to accommodate his qualifying disability and allegedly retaliated against him by removing him from a full-time position and placing him in a "floater position," which caused him to lose health insurance benefits, vacation and PTO accrual and other rights only afforded to full-time employees. Exhibit A, ¶52.

7.  Removal of the State Court Action to this Court is proper under 28 U.S.C. §§ 1331 and 1441 because Plaintiff's Complaint asserts claims arising under federal law, including alleged failure to accommodate and retaliation in violation of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §12101 *et seq*. (1990). *See, e.g.,* Para. 7 of **Exhibit A**. In addition to these federal claims, Plaintiff also asserts related causes of action under Illinois state law that arise out of the same alleged facts and occurrences. Accordingly, this Court has original jurisdiction over

Plaintiff's ADA claims and supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. 1367, making removal appropriate.

8. In compliance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal, with all attachments, is being filed in the Circuit Court of Cook County, Illinois, on this date. A copy of the Notice to State Court of Removal to Federal Court (without attachments) is attached as **Exhibit D**. There are no adverse Parties of record to notify.

9. For the reasons stated herein, this Court has jurisdiction over this case pursuant to 28 U.S.C. 1331. Removal of this cause to this Court is sought pursuant to the provisions of 28 U.S.C. 1441, and the time for filing this Notice of Removal as set forth in 28 U.S. C. 1446 has not expired. This case is being removed within 30 days of service upon Defendant.

10. By this Notice of Removal, Defendant does not waive any objection it may have as to service, jurisdiction, venue, arbitration, or any other defenses or objections Defendant may have to this action. Defendant intends no admission of fact, law, or liability by this Notice, and it expressly reserves all defenses, motions, and pleas.

WHEREFORE, Defendant ABM Industry Groups, LLC, hereby provides notice that Case No. 2025 L 012116 is removed from the Circuit Court of Cook County, Illinois to this Court for all further proceedings.

Dated: December 29, 2025 By: _/s/ Heather A. Bailey_
Attorney for Defendant ABM Industry Groups, LLC

Heather A Bailey (ARDC #6274501)
Amundsen Davis, LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Telephone: (312) 894-3266
hbailey@amundsendavislaw.com

Joey Wright (ARDC # 34831-49)
Amundsen Davis, LLC

201 North Illinois Street, Suite 1400
Capital Center, South Tower
Indianapolis, IN 46204
Telephone: (317) 464-4125
jwright@amundsendavislaw.com

*Attorneys for Defendant ABM Industry Groups, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she served a true and correct copy of the attached *NOTICE OF REMOVAL* upon the following individual(s) via electronic delivery and Regular U.S. Mail, proper postage prepaid, prior to 5:00 p.m. on this 29th day of December 2025, and addressed as follows:

    Mario E. Utreras, Esq.
    Utreras Law Offices, Inc.
    105 W. Madison St., Suite 1300
    Chicago, IL 60602
    mutreras@utreraslaw.com

                                    */s/ Heather A. Bailey*
                                    Heather A Bailey

Amundsen Davis, LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3266
hbailey@amundsendavislaw.com

*Attorney for Defendant ABM Industry Groups, LLC*